PLD-PI-001

COPY

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| John Hatch (311754)<br>Injury Legal Center, P.C.<br>2062 Business Center Drive, Suite 200, Irvine, CA 92612<br>TELEPHONE NO: 949-756-9300 FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Rocco Marisol Herrera Perez | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br>SEP 08 2023<br>By [signature] Deputy<br>Kristina Talley |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino<br>STREET ADDRESS: 247 West Third Street<br>MAILING ADDRESS: Same<br>CITY AND ZIP CODE: San Bernardino, CA 92415-0210<br>BRANCH NAME: San Bernardino District-Civil Division | |
| PLAINTIFF: Rocio Marisol Herrera Perez<br>DEFENDANT: Walmart Inc.,<br>☑ DOES 1 TO 20, Inclusive | |
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>☐ **AMENDED (Number):**<br>**Type (check all that apply):**<br>☐ MOTOR VEHICLE ☑ OTHER (specify): Premises Liability<br>☐ Property Damage ☐ Wrongful Death<br>☑ Personal Injury ☐ Other Damages (specify): | |
| **Jurisdiction (check all that apply):**<br>☐ ACTION IS A LIMITED CIVIL CASE<br>Amount demanded ☐ does not exceed $10,000<br>☐ exceeds $10,000, but does not exceed $25,000<br>☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint<br>☐ from limited to unlimited<br>☐ from unlimited to limited | CASE NUMBER:<br>CIV SB 2322099 |

1. **Plaintiff** *(name or names):* Rocio Marisol Herrera Perez
alleges causes of action against **defendant** *(name or names):*
Walmart Inc., and DOES 1 to 20, Inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult

FAXED

a. ☐ except plaintiff *(name):*
   (1) ☐ a corporation qualified to do business in California
   (2) ☐ an unincorporated entity *(describe):*
   (3) ☐ a public entity *(describe):*
   (4) ☐ a minor ☐ an adult
      (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) ☐ other *(specify):*
   (5) ☐ other *(specify):*

b. ☐ except plaintiff *(name):*
   (1) ☐ a corporation qualified to do business in California
   (2) ☐ an unincorporated entity *(describe):*
   (3) ☐ a public entity *(describe):*
   (4) ☐ a minor ☐ an adult
      (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) ☐ other *(specify):*
   (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

PLD-PI-001

| SHORT TITLE: Perez v. Walmart | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:
is doing business under the fictitious name *(specify)*:

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☑ **except** defendant *(name)*: Walmart Inc.
(1) ☐ a business organization, form unknown
(2) ☑ a corporation
(3) ☐ an unincorporated entity *(describe)*:
(4) ☐ a public entity *(describe)*:
(5) ☐ other *(specify)*:

b. ☐ **except** defendant *(name)*:
(1) ☐ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity *(describe)*:
(4) ☐ a public entity *(describe)*:
(5) ☐ other *(specify)*:

c. ☐ **except** defendant *(name)*:
(1) ☐ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity *(describe)*:
(4) ☐ a public entity *(describe)*:
(5) ☐ other *(specify)*:

d. ☐ **except** defendant *(name)*:
(1) ☐ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity *(describe)*:
(4) ☐ a public entity *(describe)*:
(5) ☐ other *(specify)*:

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

a. ☑ Doe defendants *(specify Doe numbers)*: 1-10 were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. ☑ Doe defendants *(specify Doe numbers)*: 11-20 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because

a. ☐ at least one defendant now resides in its jurisdictional area.
b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**

a. ☐ has complied with applicable claims statutes, **or**
b. ☐ is excused from complying because *(specify)*:

PLD-PI-001

| SHORT TITLE: Perez v. Walmart | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☑ loss of earning capacity
   g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
   (2) ☐ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
   (1) ☑ according to proof
   (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: September 5, 2023

John C. Hatch
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE: Perez v. Walmart | CASE NUMBER: |
|---|---|

First (number) **CAUSE OF ACTION—General Negligence** Page 4

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Rocio Marisol Herrera Perez

alleges that defendant *(name):* Walmart Inc.,

☑ Does 1 to 20

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* October 19, 2021

at *(place):* Walmart located at 4001 Hallmark Parkway, San Bernardino, CA 92407

*(description of reasons for liability):*

Defendants, and each of them, so negligently and carelessly, owned, operated maintained, controlled and inspected the property so as to create and permit the existence of a dangerous condition of the property.

The property was in a dangerous condition at the time of the injuries and damages were caused and plaintiff's injuries were caused by this dangerous condition.

The dangerous condition consisted of a wet and slippery floor at Walmart located at 4001 Hallmark Parkway, San Bernardino, CA 92407. When plaintiff encountered this dangerous condition, she slipped, fell and was injured.

This dangerous condition created a reasonably foreseeable risk of the kind of injury and damage the plaintiff did sustain.

PLD-PI-001(4)

| SHORT TITLE: Perez v. Walmart | CASE NUMBER: |
|---|---|

Second (number) **CAUSE OF ACTION—Premises Liability** Page 5

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Rocio Marisol Herrera Perez

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* October 19, 2021 plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

Defendants, and each of them, so negligently and carelessly, owned, operated, maintained, controlled and inspected the property so as to create and permit the existence of a dangerous condition of the property. The property was in a dangerous condition at the time of the injuries and damages were caused and plaintiff's injuries were caused by this dangerous condition. The dangerous condition consisted of a wet and slippery floor at Walmart located at located at 4001 Hallmark Parkway, San Bernardino, CA 92407.

Prem.L-2. ☑ **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*

Walmart, Inc.

☑ Does 1 to 20

Prem.L-3. ☐ **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

☐ Does ______ to ______

Plaintiff, a recreational user, was ☐ an invited guest ☑ a paying guest.

Prem.L-4. ☐ **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

☐ Does ______ to ______

a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☑ **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

☑ Does 1 to 20

b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are ☐ described in attachment Prem.L-5.b ☐ as follows *(names):*

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands, as a matter of right, trial by jury in this case on all causes of action.

DATED: September 5, 2023

**INJURY LEGAL CENTER, P.C.**

By: ______________________

JOHN C. HATCH
Attorneys for Plaintiff