Andrew N. Kohn, Esq., SBN 166385
Allison C. Yniguez, Esq., SBN 349551
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504
E-mail:   akohn@pettitkohn.com
          ayniguez@pettitkohn.com

Attorneys for Defendant
**WALMART INC.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ROCIO MARISOL HERRERA PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., and DOES 1 to 20, Inclusive,<br><br>Defendant. | CASE NO 5:24-CV-00395-JGB-DTB<br><br>**REQUEST FOR REMOTE APPEARANCE VIA ZOOM AT THE SCHEDULING CONFERENCE BY COUNSEL FOR DEFENDANT WALMART INC.**<br><br>Courtroom:         Courtroom 1<br>District Judge:    David T. Bristow<br>Magistrate Judge:  Jesus G. Bernal<br>Complaint Filed:   September 13, 2023<br>Trial Date:        Not Set |

COMES NOW Allison C. Yniguez, Esq., counsel for Defendant, WALMART INC., and respectfully requests the Court's consideration and approval for remote appearance via Zoom at the Scheduling Conference set for August 26, 2024, at 11:00 a.m. The Scheduling Conference is scheduled for in-person appearance at 3470 Twelfth Street, Riverside, California 92501, in Courtroom 1.

///

///

///

With the Court's permission, Defendant's counsel requests to appear remotely due to a pre-scheduled medical appointment in San Diego, as well as another court hearing in San Diego, which Defendant's counsel would be unable to attend if required to appear at the Scheduling Conference in-person.

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated: August 19, 2024     By: _____
Andrew N. Kohn, Esq.
Allison C. Yniguez, Esq.
Attorneys for Defendant
**WALMART INC.**

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**REQUEST FOR REMOTE APPEARANCE VIA ZOOM AT THE SCHEDULING CONFERENCE BY COUNSEL FOR DEFENDANT WALMART INC.**

was served on this date to counsel of record:

[ ] **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ] **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

John Hatch, Esq.
Injury Legal Center, P.C.
2062 Business Center Drive, Suite 200
Irvine, CA 92612
Tel: (949) 756-9300
Email: ilc16@injurylegalcenter.net;
ilc3@injurylegalcenter.net;
ilc6@injurylegalcenter.net;
Ilc10@injurylegalcenter.net

**Attorney for Plaintiff
ROCIO MARISOL HERRERA PEREZ**

Executed on August 19, 2024, at San Diego, California.

_____
Teresa B. Saucedo