John Hatch, Esq.
INJURY LEGAL CENTER, P.C.
2062 Business Center Drive, Suite 200
Irvine, CA 92612
Tel: (949) 756-9300
Email: ilc16@injurylegalcenter.net

**Attorney for Plaintiff**
**ROCIO MARISOL HERRERA PEREZ**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| ROCIO MARISOL HERRERA PEREZ,<br><br>               Plaintiff,<br><br>vs.<br><br>WALMART INC., and DOES 1 to 20, Inclusive,<br><br>               Defendant. | CASE NO 5:24-CV-00395-JGB-DTB<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**<br><br>Courtroom:      Courtroom 1<br>District Judge:   David T. Bristow<br>Magistrate Judge: Jesus G. Bernal<br>Complaint Filed:  September 13, 2023<br>Trial Date:      Not Set |

Plaintiff ROCIO MARISOL HERRERA PEREZ and Defendant WALMART INC., by and through their designated counsel, hereby notify the Court that a settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

///

///

///

///

///

2354-3546

Plaintiff and Defendant, therefore, apply to this Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

**INJURY LEGAL CENTER, P.C.**

Dated: August 19, 2024          By: *John C. Hatch*

John Hatch, Esq.
Attorneys for Plaintiff
**ROCIO MARISOL HERRERA PEREZ**

2354-3546

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**

was served on this date to counsel of record:

[  ]  **BY MAIL:**  By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[  ]  **BY E-MAIL DELIVERY:**  Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below.  I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]  **BY ELECTRONIC TRANSMISSION:**  I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system.  The CM/ECF system will send notification of this filing to the person(s) listed below.

John Hatch, Esq.
Injury Legal Center, P.C.
2062 Business Center Drive, Suite 200
Irvine, CA 92612
Tel: (949) 756-9300
Email: ilc16@injurylegalcenter.net;
ilc3@injurylegalcenter.net;
ilc6@injurylegalcenter.net;
Ilc10@injurylegalcenter.net

**Attorney for Plaintiff**
**ROCIO MARISOL HERRERA PEREZ**

Executed on August 19, 2024, at San Diego, California.

_____
Teresa B. Saucedo

2354-3546