John Hatch, Esq.
**INJURY LEGAL CENTER, P.C.**
2922 Daimler St.
Santa Ana, CA 92705
Tel: (949) 756-9300
Email: ilc16@injurylegalcenter.net; ilc3@injurylegalcenter.net;
ilc6@injurylegalcenter.net;
ilc10@injurylegalcenter.net

Attorney for Plaintiff
**ROCIO MARISOL HERRERA PEREZ**

Andrew N. Kohn, Esq., SBN 166385
Allison C. Yniguez, Esq., SBN 349551
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504
E-mail:      akohn@pettitkohn.com
             ayniguez@pettitkohn.com

Attorneys for Defendant
**WALMART INC.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| ROCIO MARISOL HERRERA PEREZ, | CASE NO 5:24-CV-00395-JGB-DTB |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| vs. | |
| WALMART INC., and DOES 1 to 20, Inclusive, | Courtroom:      Courtroom 1<br>District Judge:      David T. Bristow<br>Magistrate Judge: Jesus G. Bernal<br>Complaint Filed:  September 13, 2023<br>Trial Date:      Not Set |
| Defendant. | |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), come now the Plaintiff ROCIO

MARISOL HERRERA PEREZ, by and through her counsel, and Defendant

WALMART, INC. by and through its counsel, and HEREBY STIPULATE AND

AGREE that this action may and shall be dismissed with prejudice as to all claims

1

2354-3546

1   brought by Plaintiff ROCIO MARISOL HERRERA PEREZ against Defendant

2   WALMART, INC.; with each party to bear their own attorneys' fees and costs.

3        This stipulation is made as the matter has been resolved to the satisfaction of

4   all undersigned parties.

5        IT IS SO STIPULATED.

6                               **INJURY LEGAL CENTER, P.C.**

7

8   Dated:  September 10, 2024      By:     *John C. Hatch*

9                                          John Hatch, Esq.
                                           Attorneys for Plaintiff
10                                         **ROCIO MARISOL HERRERA PEREZ**

11

12                              **PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

13

14  Dated:  September 10, 2024      By:     s/ Allison C. Yniguez

15                                         Andrew N. Kohn, Esq.
                                           Allison C. Yniguez, Esq.
16                                         Attorneys for Defendant
                                           **WALMART INC.**

17

18

19

20

21

22

23

24

25

26

27

28

2354-3546

2

**CERTIFICATE OF SERVICE**

I hereby certify that the following document(s):

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

was served on this date to counsel of record:

[ ]  **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ]  **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]  **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

John Hatch, Esq.
Injury Legal Center, P.C.
2062 Business Center Drive, Suite 200
Irvine, CA 92612
Tel: (949) 756-9300
Email: ilc16@injurylegalcenter.net;
ilc3@injurylegalcenter.net;
ilc6@injurylegalcenter.net;
Ilc10@injurylegalcenter.net

**Attorney for Plaintiff**
**ROCIO MARISOL HERRERA PEREZ**

Executed on September 10, 2024, at San Diego, California.

_____
Teresa B. Saucedo

2354-3546